IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.
AUG 31 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Frances Renay Francescelli,<br><br>Plaintiffs,<br><br>v.<br><br>Heart Care Center of Charlotte, P.A.,<br>Amir Farahany, M.D. and<br>William Tyson Bennett, M.D.<br><br>Defendants. | CIVIL NO. 3:04CV493<br><br>**FILED UNDER SEAL** |

## ORDER PARTIALLY UNSEALING CASE TO PERMIT DISCLOSURES TO DEFENDANTS

This cause, coming on for consideration before the undersigned United States District Court Judge Upon the Government's *Ex Parte* Motion To Partially Unseal Case to Permit Disclosures to Defendants, for the reasons stated in the motion, and for good cause shown,

IT IS THEREFORE ORDERED that the Government's *Ex Parte* Motion to Partially Unseal Case to Permit Disclosures to Defendants, including disclosure of the Complaint and other pertinent information, as requested in the Motion, is hereby GRANTED.

This the ___31st___ day of ___Aug___, 2005.

_____
GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE