IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

NOV 8 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Frances Renay Franceschelli,<br><br>Plaintiff,<br><br>v.<br><br>Heart Care Center of Charlotte, P.A.<br>Amir Farahany, M.D., and<br>William Tyson Bennett, M.D.,<br><br>Defendants. | CIVIL NO. 3:04CV493<br><br>**FILED UNDER SEAL** |

## ORDER

The United States of America, asking for an extension of the seal in this matter *nunc pro tunc* from October 25, 2005 to and including December 31, 2005 in order to circulate settlement documents, and for good cause shown,

IT IS THEREFORE ORDERED that the United States of America's motion for an extension of the seal in this matter *nunc pro tunc* from October 25, 2005 through December 31, 2005 is GRANTED.

This the 8th day of November, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE